UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 15-2360 as**

[X] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR:

Mario Realmuto _____ as the
(party name)

**appellant(s)  appellee(s)  petitioner(s)  respondent(s)  amicus curiae  intervenor(s)

_____
(signature)

MARTIN S. PROTAS                    301-340-1896
Name (printed or typed)              Voice Phone

LAW OFFICES OF MARTIN S. PROTAS     301-340-1897
Firm Name (if applicable)            Fax Number

31 WOOD LA
ROCKVILLE MD 20850                  MSPROTAS@PROTAS-LAW.NET
Address                              E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on December 2, 2015 ___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____         12-2-2015
Signature                              Date

05/07/2014
SCC